**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re:    CARTER, DIANE C. | § | Case No. 08-09078 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  on 12   /09  / 2011 at 2:00 p.m. in Courtroom B, Park City Court House 301 Greenleaf Ave Park City, Illinois 60085-5725.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 10/17/2011          By:    /s/ Ilene F. Goldstein
                                        Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 08-09078-ABG
Diane C. Carter                                                         Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross            Page 1 of 2              Date Rcvd: Nov 03, 2011
                              Form ID: pdf006        Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2011.
```
db         +Diane C. Carter,    33210 N. Island Avenue,    Wildwood, IL 60030-1719
aty        +Emily Kassitas-Velisaris,    850 Central Avenue,    Suite 200,    Highland Park, IL 60035-3278
12758122    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12138893   +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
12138895    Bk Of Amer,    4060 Ogletown/stan De5-019-03-07,    Newark, DE   19713
12138896  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA   23285)
12138897   +Capital One Bank,    C/O NCO Financial Systems,    P.O. Box 15630 Dept 03,
             Wilmington, DE 19850-5630
12138890   +Carter Diane C,    33210 Island Avenue,    Wildwood, IL 60030-1719
12138898   +Catherine/tape Report,    1103 Allen Dr,    Milford, OH 45150-8763
12831900   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12138891   +Gierum & Mantas,    9700 West Higgins Road Suite 1015,    Rosemont, IL 60018-4712
12138902   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12138903   +Hsbc/hlzbg,    Pob 15521,    Wilmington, DE 19850-5521
12138907   +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
12747526    SPIRIT OF AMERICA NATIONAL BANK/CATHERINES,    FIRST EXPRESS,    PO BOX 856044,
             LOUISVILLE, KY   40285-6044
12138908   +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
12138909   +Tribute/fbofd,    6 Concourse Pkwy Ne Fl 2,    Atlanta, GA 30328-6117
12138910   +Wfnnb/the Avenue,    Po Box 2974,    Shawnee Mission, KS 66201-1374
13006282    eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
             Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12138899    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 04 2011 02:38:09     Discover Fin,   Pob 15316,
             Wilmington, DE  19850
12724674    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 04 2011 02:38:09
             Discover Bank/DFS Services LLC,    PO Box 3025,   New Albany OH 43054-3025
12138901   +E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2011 02:38:28     GE Money Bank/Linens N Things,
             c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Ste 1120,   Attn R Singh,
             Miami, FL 33131-1605
12138900   +E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2011 02:38:28     Gemb/home Shopping,   Po Box 981400,
             El Paso, TX 79998-1400
12138904    E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2011 02:38:28     JC Penney,   P.O. Box 960090,
             Orlando, FL 32896-0090
12138905   +E-mail/PDF: cr-bankruptcy@kohls.com Nov 04 2011 02:38:25     Kohls/chase,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13007003    E-mail/Text: resurgentbknotifications@resurgent.com Nov 04 2011 01:08:48     LVNV Funding LLC,
             Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
12138906   +E-mail/Text: resurgentbknotifications@resurgent.com Nov 04 2011 01:08:48     Lvnv Funding,
             P.o. B  10584,   Greenville, SC 29603-0584
12729019    E-mail/Text: resurgentbknotifications@resurgent.com Nov 04 2011 01:08:48
             PYOD LLC its successors and assigns as assignee of,    Citibank,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
12999737   +E-mail/PDF: rmscedi@recoverycorp.com Nov 04 2011 02:38:28
             Recovery Management Systems Corporation,    For GE Money Bank,   dba LINENS N THINGS,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12961445   +E-mail/PDF: rmscedi@recoverycorp.com Nov 04 2011 02:38:28
             Recovery Management Systems Corporation,    For GE Money Bank,   dba HOME SHOPPING NETWORK,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13020334    E-mail/PDF: BNCEmails@blinellc.com Nov 04 2011 02:38:09     Roundup Funding, LLC,   MS 550,
             PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 12
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12758123*    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12138892   ##+Americas Servicing Co,    7485 New Horizon Way,    Frederick, MD 21703-8388
12138894   ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dross              Page 2 of 2              Date Rcvd: Nov 03, 2011
                              Form ID: pdf006          Total Noticed: 31

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 05, 2011**                **Signature:**   *Joseph Speetjens*