# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: CARTER, DIANE C. | § Case No. 08-09078 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $31,225.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $180,103.54 | Claims Discharged Without Payment: $392.53 |
| Total Expenses of Administration: $58,931.96 | |

3) Total gross receipts of $ 333,115.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 94,080.27 (see **Exhibit 2**), yielded net receipts of $239,035.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $131,024.12 | $131,024.12 | $131,024.12 |
| PRIORITY CLAIMS: | | | | |
|   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 58,931.96 | 58,931.96 | 58,931.96 |
|   PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 49,471.95 | 49,471.95 | 49,079.42 |
| **TOTAL DISBURSEMENTS** | $0.00 | $239,428.03 | $239,428.03 | $239,035.50 |

4)  This case was originally filed under Chapter 7 on April 14, 2008. The case was pending for 47 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/20/2012            By: /s/ILENE F. GOLDSTEIN
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| RESIDENCE | 1110-000 | 333,000.00 |
| Interest Income | 1270-000 | 115.77 |
| **TOTAL GROSS RECEIPTS** | | $333,115.77 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Chicago Title & Trust Company | Debtors exemption | 8100-002 | 15,000.00 |
| Chicago Title & Trust Company | Non Debtor ownership interest | 8500-002 | 60,434.44 |
| Diane Carter | Dividend paid 100.00% on $18,645.83; Claim# 13; Filed: $18,645.83; Reference: | 8200-000 | 18,645.83 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $94,080.27 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Title & Trust Company | 4110-000 | N/A | 123,102.06 | 123,102.06 | 123,102.06 |
| | Chicago Title & Trust Company | 4700-000 | N/A | 7,922.06 | 7,922.06 | 7,922.06 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $131,024.12 | $131,024.12 | $131,024.12 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 7,000.29 | 7,000.29 | 7,000.29 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 16,995.00 | 16,995.00 | 16,995.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 265.93 | 265.93 | 265.93 |
| PBG | 3410-000 | N/A | 1,232.00 | 1,232.00 | 1,232.00 |
| PBG | 3420-000 | N/A | 100.00 | 100.00 | 100.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 74.48 | 74.48 | 74.48 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 68.18 | 68.18 | 68.18 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 84.93 | 84.93 | 84.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 198.22 | 198.22 | 198.22 |
| The Bank of New York Mellon | 2600-000 | N/A | -151.58 | -151.58 | -151.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 174.72 | 174.72 | 174.72 |
| Chicago Title & Trust Company | 2500-000 | N/A | 7,008.97 | 7,008.97 | 7,008.97 |
| Chicago Title & Trust Company | 2500-000 | N/A | 1,435.00 | 1,435.00 | 1,435.00 |
| Chicago Title & Trust Company | 3210-600 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 537.00 | 537.00 | 537.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 450.00 | 450.00 | 450.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 234.06 | 234.06 | 234.06 |
| Chicago Title & Trust Company | 3510-000 | N/A | 17,500.00 | 17,500.00 | 17,500.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | -775.24 | -775.24 | -775.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 58,931.96 | 58,931.96 | 58,931.96 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 5,919.62 | 5,919.62 | 5,919.62 |
| 1I | Discover Bank/DFS Services LLC | 7990-000 | N/A | 352.65 | 352.65 | 352.65 |
| 2 | PYOD LLC its successorsas assignee of  Citibank | 7100-000 | N/A | 733.93 | 733.93 | 733.93 |
| 2I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 43.72 | 43.72 | 43.72 |
| 3 | SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | 7100-000 | N/A | 370.46 | 370.46 | 0.00 |
| 3I | SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | 7990-000 | N/A | 22.07 | 22.07 | 0.00 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 400.00 | 400.00 | 400.00 |
| 4I | American Express Centurion Bank | 7990-000 | N/A | 23.83 | 23.83 | 23.83 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 1,931.62 | 1,931.62 | 1,931.62 |
| 5I | American Express Centurion Bank | 7990-000 | N/A | 115.07 | 115.07 | 115.07 |
| 6 | Chase Bank USA,N.A | 7100-000 | N/A | 1,499.63 | 1,499.63 | 1,499.63 |
| 6I | Chase Bank USA,N.A | 7990-000 | N/A | 89.34 | 89.34 | 89.34 |
| 7 | RMS For GE Money Bank,dba HOME SHOPPING | 7100-000 | N/A | 731.62 | 731.62 | 731.62 |
| 7I | Recovery Management Systems Corporation | 7990-000 | N/A | 43.58 | 43.58 | 43.58 |
| 8 | RMS For GE Money Bank,dba LINENS N | 7100-000 | N/A | 523.73 | 523.73 | 523.73 |
| 8I | Recovery Management Systems Corporation | 7990-000 | N/A | 31.20 | 31.20 | 31.20 |
| 9 | eCAST Settlement assignee of HSBC Bank Nevada and its | 7100-000 | N/A | 15,075.15 | 15,075.15 | 15,075.15 |
| 9I | eCAST Settlement Corporation assignee of | 7990-000 | N/A | 898.07 | 898.07 | 898.07 |
| 10 | LVNV Funding LLC | 7100-000 | N/A | 1,222.77 | 1,222.77 | 1,222.77 |
| 10I | LVNV Funding LLC | 7990-000 | N/A | 72.84 | 72.84 | 72.84 |
| 11 | Roundup Funding, LLC | 7100-000 | N/A | 231.64 | 231.64 | 231.64 |
| 11I | Roundup Funding, LLC | 7990-000 | N/A | 13.80 | 13.80 | 13.80 |
| 12 | Roundup Funding, LLC | 7200-000 | N/A | 17,679.84 | 17,679.84 | 17,679.84 |

**UST Form 101-7-TDR (10/1/2010)**

| 12I | Roundup Funding, LLC | 7990-000 | N/A | 1,053.24 | 1,053.24 | 1,053.24 |
|---|---|---|---|---|---|---|
| | Clerk of the Court | 7100-900 | N/A | 392.53 | 392.53 | 392.53 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 49,471.95 | 49,471.95 | 49,079.42 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-09078 | **Trustee:** (330290)  ILENE F. GOLDSTEIN |
| **Case Name:** CARTER, DIANE C. | **Filed (f) or Converted (c):** 04/14/08 (f) |
| | **§341(a) Meeting Date:** 05/12/08 |
| **Period Ending:** 02/20/12 | **Claims Bar Date:** 01/06/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE<br>1/2 interest single family residence 33210 Island<br>Ave., Wildwood, IL  (See Footnote) | 325,000.00 | 86,897.94 | | 333,000.00 | FA |
| 2 | CASH ON HAND<br>pocket cash | 40.00 | 40.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS<br>checking | 50.00 | 50.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS<br>normal household goods and related | 1,500.00 | 1,425.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY<br>normal wardrobe and related | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | PENSION PLANS AND PROFIT SHARING<br>401(k) | 9,000.00 | 0.00 | | 0.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES<br>'05 Honda Accord | 8,000.00 | 2,350.00 | | 0.00 | FA |
| 8 | FMarital Residence, obe1284 Sandy Drive, AdAntio | 325,000.00 | 27,973.00 | | 0.00 | FA |
| 9 | Cash on Hand | 200.00 | 200.00 | | 0.00 | FA |
| 10 | Deposits of Money | 800.00 | 800.00 | | 0.00 | FA |
| 11 | Couch, Chairs and Livingroom Furnishings | 500.00 | 500.00 | | 0.00 | FA |
| 12 | Fireplace | 600.00 | 600.00 | | 0.00 | FA |
| 13 | Lamps and Bedroom Furniture | 810.00 | 810.00 | | 0.00 | FA |
| 14 | Dryer and Dining Room Set | 1,250.00 | 1,250.00 | | 0.00 | FA |
| 15 | Utensils, Stove, Refrigerator and Dishwasher | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 16 | Computer nad Printer | 300.00 | 300.00 | | 0.00 | FA |
| 17 | Wearing Apparel | 500.00 | 500.00 | | 0.00 | FA |
| 18 | Jewelry | 500.00 | 500.00 | | 0.00 | FA |
| 19 | Tax Rebate (est) | 600.00 | 600.00 | | 0.00 | FA |
| 20 | 2008 Chevrolet Aveo (65,000 miles) | 1,300.00 | 1,300.00 | | 0.00 | FA |
| 21 | 2005 Mitsubishi Lancer (55,000 miles) | 10,000.00 | 10,000.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 115.77 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 08-09078 | **Trustee:** | (330290)  ILENE F. GOLDSTEIN |
| **Case Name:**  CARTER, DIANE C. | **Filed (f) or Converted (c):** | 04/14/08 (f) |
| | **§341(a) Meeting Date:** | 05/12/08 |
| **Period Ending:** 02/20/12 | **Claims Bar Date:** | 01/06/09 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| **22**   **Assets**   **Totals** (Excluding unknown values) | **$688,450.00** | **$137,095.94** | | **$333,115.77** | **$0.00** |

RE PROP# 1     Sales Price: $330,000.00, Settlement Charges: $7,008.97, Real Estate Attorney Fee: $1,500.00, Title
Insurance: $1,435.00, Recording Charges: $537.00, Survey: $450.00, Water Bill: $234.06,  Real
Estate Taxes: $7,922.06, Escrow: $5,000.00, Homestead Exemption to Diane Carter: $15,000.00, Payoff
First Mortgage: $123,102.06, Proceeds to non-Debtor ex-spouse: $60,434.44, Broker's Commission:
$17,500.00.  Adjustment: $775.24.  Payment to Trustee Goldstein: $90,651.65, Subsequent Payment out
of Escrow: $3,000.00.

---

**Major Activities Affecting Case Closing:**

STATUS: FINAL REPORT FILED; FUNDS DISBURSED. UNCLAIMED FUNDS DEPOSITED WITH THE CLERK OF THE COURT. WAITING FOR ZERO BANK
STATEMENT.  FINAL ACCOUNT WILL BE FILED WITHIN THE NEXT 30 DAYS

**Initial Projected Date Of Final Report (TFR):**     March 31, 2010          **Current Projected Date Of Final Report (TFR):**     May 31, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-09078 | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** CARTER, DIANE C. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****58-65 - Money Market Account |
| **Taxpayer ID #:** **-***5165 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 02/20/12 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/16/08 | | Chicago Title & Trust Company | SALE OF REAL ESTATE | | | 90,651.65 | | 90,651.65 |
| | {1} | | SALE OF REAL ESTATE | 330,000.00 | 1110-000 | | | 90,651.65 |
| | | | payoff on Mortgage | -123,102.06 | 4110-000 | | | 90,651.65 |
| | | | Settlement Charges | -7,008.97 | 2500-000 | | | 90,651.65 |
| | | | Title Charges | -1,435.00 | 2500-000 | | | 90,651.65 |
| | | | Real Estate Lawyer fees | -1,500.00 | 3210-600 | | | 90,651.65 |
| | | | Recording fees | -537.00 | 2500-000 | | | 90,651.65 |
| | | | Survey fees | -450.00 | 2500-000 | | | 90,651.65 |
| | | | water bill payment | -234.06 | 2500-000 | | | 90,651.65 |
| | | | Broker Commission | -17,500.00 | 3510-000 | | | 90,651.65 |
| | | | Holdback escrow | -5,000.00 | 2500-000 | | | 90,651.65 |
| | | | Debtors exemption | -15,000.00 | 8100-002 | | | 90,651.65 |
| | | | Non Debtor ownership<br>interest | -60,434.44 | 8500-002 | | | 90,651.65 |
| | | | Real Estate Taxes | -7,922.06 | 4700-000 | | | 90,651.65 |
| | | | Title writing | 775.24 | 2500-000 | | | 90,651.65 |
| 10/16/08 | {1} | Keller Williams | Sale of Real Estate | | 1110-000 | 3,000.00 | | 93,651.65 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 2.45 | | 93,654.10 |
| 11/18/08 | 1001 | LAW OFFICES OF ILENE F.<br>GOLDSTEIN, CHARTERED | Attorney Fees | | 3110-000 | | 8,260.50 | 85,393.60 |
| 11/18/08 | 1002 | LAW OFFICES OF ILENE F.<br>GOLDSTEIN, CHARTERED | Expenses | | 3120-000 | | 158.70 | 85,234.90 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 7.15 | | 85,242.05 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 6.04 | | 85,248.09 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 3.47 | | 85,251.56 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 3.24 | | 85,254.80 |
| 03/04/09 | 1003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 03/04/2009 FOR CASE<br>#08-09078 | | 2300-000 | | 74.48 | 85,180.32 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 3.70 | | 85,184.02 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 3.47 | | 85,187.49 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 3.35 | | 85,190.84 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 3.70 | | 85,194.54 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 3.59 | | 85,198.13 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 3.59 | | 85,201.72 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 3.47 | | 85,205.19 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 3.47 | | 85,208.66 |

| | | | | | Subtotals → | $93,702.34 | $8,493.68 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-09078 |
| **Case Name:** | CARTER, DIANE C. |
| **Taxpayer ID #:** | **-***5165 |
| **Period Ending:** | 02/20/12 |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****58-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 3.59 | | 85,212.25 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 3.59 | | 85,215.84 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 3.36 | | 85,219.20 |
| 02/19/10 | 1004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 02/19/2010 FOR CASE<br>#08-09078 | 2300-000 | | 68.18 | 85,151.02 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 3.24 | | 85,154.26 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 3.82 | | 85,158.08 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 2.20 | | 85,160.28 |
| 04/20/10 | | Wire out to BNYM account<br>9200******5865 | Wire out to BNYM account 9200******5865 | 9999-000 | -85,160.28 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,561.86 | 8,561.86 | **$0.00** |
| Less: Bank Transfers | -85,160.28 | 0.00 | |
| **Subtotal** | 93,722.14 | 8,561.86 | |
| Less: Payments to Debtors | | 15,000.00 | |
| **NET Receipts / Disbursements** | **$93,722.14** | **$-6,438.14** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-09078 | |
| Case Name: | CARTER, DIANE C. | |
| | | |
| Taxpayer ID #: | **-***5165 | |
| Period Ending: | 02/20/12 | |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******58-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******5865 | Wire in from JPMorgan Chase Bank, N.A. account *******5865 | 9999-000 | 85,160.28 | | 85,160.28 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.79 | | 85,162.07 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.06 | | 85,167.13 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.90 | | 85,172.03 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.07 | | 85,177.10 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.06 | | 85,182.16 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.10 | | 85,184.26 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.17 | | 85,186.43 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.10 | | 85,188.53 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.17 | | 85,190.70 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.17 | | 85,192.87 |
| 02/04/11 | 11005 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #08-09078, Bond Premiums | 2300-000 | | 84.93 | 85,107.94 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.96 | | 85,109.90 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.16 | | 85,112.06 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.09 | | 85,114.15 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.16 | | 85,116.31 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.69 | | 85,117.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.72 | | 85,117.72 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.72 | | 85,118.44 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 198.22 | 84,920.22 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -151.58 | 85,071.80 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.69 | | 85,072.49 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 174.72 | 84,897.77 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.72 | | 84,898.49 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.69 | | 84,899.18 |
| 12/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.09 | | 84,899.27 |
| 12/02/11 | | To Account #9200******5866 | Closeout tranfer for distribution | 9999-000 | | 84,899.27 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 85,205.56 | 85,205.56 | $0.00 |
| Less: Bank Transfers | 85,160.28 | 84,899.27 | |
| Subtotal | 45.28 | 306.29 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $45.28 | $306.29 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-09078 | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** CARTER, DIANE C. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******58-66 - Checking Account |
| **Taxpayer ID #:** **-***5165 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 02/20/12 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/11 | | From Account #9200******5865 | Closeout tranfer for distribution | 9999-000 | 84,899.27 | | 84,899.27 |
| 12/10/11 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $7,000.29, Trustee Compensation;  Reference: | 2100-000 | | 7,000.29 | 77,898.98 |
| 12/10/11 | 102 | PBG | Dividend paid 100.00% on $1,232.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,232.00 | 76,666.98 |
| 12/10/11 | 103 | PBG | Dividend paid 100.00% on $100.00, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 100.00 | 76,566.98 |
| 12/10/11 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $16,995.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 8,734.50 | 67,832.48 |
| 12/10/11 | 105 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $265.93, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 107.23 | 67,725.25 |
| 12/10/11 | 106 | Discover Bank/DFS Services LLC | Dividend paid 100.00% on $5,919.62; Claim# 1; Filed: $5,919.62; Reference: | 7100-000 | | 5,919.62 | 61,805.63 |
| 12/10/11 | 107 | PYOD LLC its successorsas assignee of  Citibank | Dividend paid 100.00% on $733.93; Claim# 2; Filed: $733.93; Reference: | 7100-000 | | 733.93 | 61,071.70 |
| 12/10/11 | 108 | SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | Dividend paid 100.00% on $370.46; Claim# 3; Filed: $370.46; Reference: Stopped on 01/18/12 | 7100-000 | | 370.46 | 60,701.24 |
| 12/10/11 | 109 | American Express Centurion Bank | Dividend paid 100.00% on $400.00; Claim# 4; Filed: $400.00; Reference: | 7100-000 | | 400.00 | 60,301.24 |
| 12/10/11 | 110 | American Express Centurion Bank | Dividend paid 100.00% on $1,931.62; Claim# 5; Filed: $1,931.62; Reference: | 7100-000 | | 1,931.62 | 58,369.62 |
| 12/10/11 | 111 | Chase Bank USA,N.A | Dividend paid 100.00% on $1,499.63; Claim# 6; Filed: $1,499.63; Reference: | 7100-000 | | 1,499.63 | 56,869.99 |
| 12/10/11 | 112 | RMS For GE Money Bank,dba HOME SHOPPING | Dividend paid 100.00% on $731.62; Claim# 7; Filed: $731.62; Reference: | 7100-000 | | 731.62 | 56,138.37 |
| 12/10/11 | 113 | RMS For GE Money Bank,dba LINENS N | Dividend paid 100.00% on $523.73; Claim# 8; Filed: $523.73; Reference: | 7100-000 | | 523.73 | 55,614.64 |
| 12/10/11 | 114 | eCAST Settlement assignee of HSBC Bank Nevada and its Assign | Dividend paid 100.00% on $15,075.15; Claim# 9; Filed: $15,075.15; Reference: | 7100-000 | | 15,075.15 | 40,539.49 |
| 12/10/11 | 115 | LVNV Funding LLC | Dividend paid 100.00% on $1,222.77; Claim# 10; Filed: $1,222.77; Reference: | 7100-000 | | 1,222.77 | 39,316.72 |
| 12/10/11 | 116 | Roundup Funding, LLC | Dividend paid 100.00% on $231.64; Claim# 11; Filed: $231.64; Reference: | 7100-000 | | 231.64 | 39,085.08 |
| 12/10/11 | 117 | Roundup Funding, LLC | Dividend paid 100.00% on $17,679.84; Claim# 12; Filed: $17,679.84; Reference: | 7200-000 | | 17,679.84 | 21,405.24 |

| | | |
|---|---|---|
| Subtotals : | $84,899.27 | $63,494.03 |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-09078 |
| **Case Name:** | CARTER, DIANE C. |
| | |
| **Taxpayer ID #:** | **-***5165 |
| **Period Ending:** | 02/20/12 |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******58-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/10/11 | 118 | Discover Bank/DFS Services LLC | Dividend paid 100.00% on $352.65; Claim# 1I; Filed: $352.65; Reference: | 7990-000 | | 352.65 | 21,052.59 |
| 12/10/11 | 119 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $43.72; Claim# 2I; Filed: $43.72; Reference: | 7990-000 | | 43.72 | 21,008.87 |
| 12/10/11 | 120 | SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | Dividend paid 100.00% on $22.07; Claim# 3I; Filed: $22.07; Reference: Stopped on 01/18/12 | 7990-000 | | 22.07 | 20,986.80 |
| 12/10/11 | 121 | American Express Centurion Bank | Dividend paid 100.00% on $23.83; Claim# 4I; Filed: $23.83; Reference: | 7990-000 | | 23.83 | 20,962.97 |
| 12/10/11 | 122 | American Express Centurion Bank | Dividend paid 100.00% on $115.07; Claim# 5I; Filed: $115.07; Reference: | 7990-000 | | 115.07 | 20,847.90 |
| 12/10/11 | 123 | Chase Bank USA,N.A | Dividend paid 100.00% on $89.34; Claim# 6I; Filed: $89.34; Reference: | 7990-000 | | 89.34 | 20,758.56 |
| 12/10/11 | 124 | Recovery Management Systems Corporation | Dividend paid 100.00% on $43.58; Claim# 7I; Filed: $43.58; Reference: | 7990-000 | | 43.58 | 20,714.98 |
| 12/10/11 | 125 | Recovery Management Systems Corporation | Dividend paid 100.00% on $31.20; Claim# 8I; Filed: $31.20; Reference: | 7990-000 | | 31.20 | 20,683.78 |
| 12/10/11 | 126 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $898.07; Claim# 9I; Filed: $898.07; Reference: | 7990-000 | | 898.07 | 19,785.71 |
| 12/10/11 | 127 | LVNV Funding LLC | Dividend paid 100.00% on $72.84; Claim# 10I; Filed: $72.84; Reference: | 7990-000 | | 72.84 | 19,712.87 |
| 12/10/11 | 128 | Roundup Funding, LLC | Dividend paid 100.00% on $13.80; Claim# 11I; Filed: $13.80; Reference: | 7990-000 | | 13.80 | 19,699.07 |
| 12/10/11 | 129 | Roundup Funding, LLC | Dividend paid 100.00% on $1,053.24; Claim# 12I; Filed: $1,053.24; Reference: | 7990-000 | | 1,053.24 | 18,645.83 |
| 12/10/11 | 130 | Diane Carter | Dividend paid 100.00% on $18,645.83; Claim# 13; Filed: $18,645.83; Reference: | 8200-000 | | 18,645.83 | 0.00 |
| 01/18/12 | 108 | SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | Dividend paid 100.00% on $370.46; Claim# 3; Filed: $370.46; Reference: Stopped: check issued on 12/10/11 | 7100-000 | | -370.46 | 370.46 |
| 01/18/12 | 120 | SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | Dividend paid 100.00% on $22.07; Claim# 3I; Filed: $22.07; Reference: Stopped: check issued on 12/10/11 | 7990-000 | | -22.07 | 392.53 |
| 01/18/12 | 131 | Clerk of the Court | DEPOSIT OF UNCLAIMED FUNDS | 7100-900 | | 392.53 | 0.00 |

| | | |
|---|---|---|
| Subtotals : | $0.00 | $21,405.24 |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-09078 |
| Case Name: | CARTER, DIANE C. |
| | |
| Taxpayer ID #: | **-***5165 |
| Period Ending: | 02/20/12 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****58-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 84,899.27 | 84,899.27 | $0.00 |
| | | | Less: Bank Transfers | | 84,899.27 | 0.00 | |
| | | | Subtotal | | 0.00 | 84,899.27 | |
| | | | Less: Payments to Debtors | | | 18,645.83 | |
| | | | NET Receipts / Disbursements | | $0.00 | $66,253.44 | |

| | |
|---|---|
| Net Receipts : | 93,767.42 |
| Plus Gross Adjustments : | 239,348.35 |
| Less Payments to Debtor : | 15,000.00 |
| Less Other Noncompensable Items : | 60,434.44 |
| Net Estate : | $257,681.33 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****58-65 | 93,722.14 | -6,438.14 | 0.00 |
| MMA # 9200-*****58-65 | 45.28 | 306.29 | 0.00 |
| Checking # 9200-******58-66 | 0.00 | 66,253.44 | 0.00 |
| | $93,767.42 | $75,121.59 | $0.00 |